No. 03–336. SANCHEZ v. WARD, DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS. C. A. 10th Cir. Certiorari denied.

No. 03–338. MESE v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 03–340. SCHMIDT v. OTTAWA MEDICAL CENTER. C. A. 7th Cir. Certiorari denied.

No. 03–348. JOHNSON v. CAMBRIDGE INDUSTRIES, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 03–352. YEE v. SHIAWASSEE COUNTY BOARD OF COMMISSIONERS ET AL. Ct. App. Mich. Certiorari denied.

No. 03–353. SAUER, INDIVIDUALLY, AND AS THE ADMINISTRATOR OF THE ESTATE OF SAUER v. ADVOCAT, INC., ET AL. Sup. Ct. Ark. Certiorari denied.

No. 03–355. SPANGENBERG ET AL. v. CITY OF SAN JOSE, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–356. ADAMS, WARDEN v. LANCASTER. C. A. 6th Cir. Certiorari denied.

No. 03–360. MAJOR ET AL. v. ELLER MEDIA CO. C. A. 11th Cir. Certiorari denied.

No. 03–361. NEIBAUR ET AL. v. ELLIOTT ET UX. Sup. Ct. Idaho. Certiorari denied.

No. 03–363. McGEE v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 03–367. TURNER v. HOUMA MUNICIPAL FIRE AND POLICE CIVIL SERVICE BOARD ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–378. FAGERMAN ET UX. v. MICHIGAN DEPARTMENT OF TRANSPORTATION. Ct. App. Mich. Certiorari denied.